UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
KEVIN E. ELLISON
DAWN A. ELLISON  CASE NO. 11-85176

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Ocwen Loan Servicing LLC    **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 2255

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1535.20 |
| Amount Paid by Trustee | $1535.20 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐  Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/8/17                /s/Lydia S. Meyer
                              Lydia S. Meyer, Trustee
                              308 W. State St., Suite 212
                              Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of May, 2017.

Dated:  5/8/17                /s/Cynthia K. Burnard

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD  STE 100
WEST PALM BEACH, FL 33409

GMAC MORTGAGE
PO BOX 4622
WATERLOO, IA  50704

GMAC MORTGAGE SERVICES LLC
ATTN: BANKRUPTCY
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527-

KEVIN E. ELLISON
DAWN A. ELLISON
12101 W. MAIN STREET
HUNTLEY, IL  60142

ATTORNEY CYNTHIA J. BRISCOE
210 N. WALKUP AVE.
CRYSTAL LAKE, IL  60014